### JOHN W. GARRISON v. SOUTHERN RAILWAY COMPANY.

#### (Filed 18 May, 1932.)

APPEAL by plaintiff from *Moore, J.,* at October Term, 1931, of BURKE.

Civil action to recover damages for alleged breach of contract in removing spur track running from defendant's main line to plaintiff's premises in the town of Morganton, brought under authority of *Parrott v. R. R.,* 165 N. C., 295, 81 S. E., 348.

From a judgment of nonsuit entered at the close of plaintiff's evidence, he appeals, assigning errors.

*Avery & Riddle and Mull & Patton for plaintiff.*
*Ervin & Ervin for defendant.*

PER CURIAM. The Court being evenly divided in opinion, *Clarkson, J.,* taking no part in the consideration or decision of the case, the judgment of the Superior Court stands affirmed in accordance with the general practice of appellate courts, without becoming a precedent. *Nebel v. Nebel,* 201 N. C., 840; *Durham v. Lloyd,* 200 N. C., 803, 157 S. E., 136.

Affirmed.